UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-23126-RKA

HOWARD COHAN,

Plaintiff,

vs.

BURGER KING COMPANY LLC,
a Florida Limited Liability Company,
d/b/a BURGER KING,

Defendant(s).
_______________________________________/

**NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED September 6, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**