**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23126-ALTMAN/Sanchez**

**HOWARD COHAN**,

*Plaintiff*,

*v.*

**BURGER KING COMPANY, LLC**,

*Defendant*.
_________________________________/

**ORDER**

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 11] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED *with prejudice***. Each party shall bear its own attorneys' fees and costs. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on October 21, 2024.

_________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record